# LAW OFFICES OF NOLAN KLEIN, P.A.　　　ATTORNEYS & COUNSELORS

**FLORIDA:** WELLS FARGO TOWER, SUITE 1500, ONE EAST BROWARD BLVD., FT. LAUDERDALE, FLORIDA 33301
PH: (954) 745-0588

**NEW YORK:** 347 WEST 36TH STREET, SUITE 805, NEW YORK, NEW YORK 10018
PH: (646) 560-3230

**REMIT U.S. MAIL TO FORT LAUDERDALE ADDRESS**

NOLAN KLEIN, ESQ.
Klein@nklegal.com

September 14, 2016

**VIA CM/ECF**
Honorable Roslynn R. Mauskopf
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

　　　Re:　*Perez v. Sierra Maestra LLC, et al.*
　　　　　*EDNY Case No.: 1:16-cv-03619*

Dear Judge Mauskopf,

　　　As you may recall, this office represents the Defendant, Sierra Maestra LLC d/b/a Burger It Up Gourmet Burgers, in the above-captioned case.

　　　Parties hereby notify this Court that a settlement has been reached, and are in the process of preparing and executing settlement documents. The parties respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings.

　　　We thank the Court for your time and consideration in this matter.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　**Law Offices of Nolan Klein, P.A.**

　　　　　　　　　　　　　　　　　　By: _/s/ Nolan K. Klein_
　　　　　　　　　　　　　　　　　　　　　NOLAN K. KLEIN
　　　　　　　　　　　　　　　　　　*(signed in his absence to avoid further delay)*

NKK/amd
cc: Tara Demetriades, Esq. and Erik Bashian, Esq. (via ECF)